UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| P.D., a minor child through her guardian L.D., and L.D., individually,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, and CLINTON NICHOLSON, individually,<br><br>　　　　　Defendants. | NO. CV-11-192-JLQ<br><br>ORDER DENYING DEFENDANT UNITED STATES' MOTION TO DISMISS AS MOOT |

　　　　On September 26, 2011 Plaintiffs' moved the court to amend the Complaint in order to withdraw two claims asserted against the United States. Leave of court was granted and on October 24, 2011, the Second Amended Complaint was filed. ECF No. 51. On October 13, 2011, the United States filed a Motion to Dismiss (ECF No. 44) seeking to dismiss the claims against the United States based on Defendant Nicholson's alleged misconduct. The United States' Motion did not refer to the then pending Motion to Amend. *See* ECF No. 46 at 2. Plaintiffs' response to the United States' Motion to Dismiss evidences the Plaintiffs and the United States are in agreement that the Second Amended Complaint omits the claims that were the subject of the Motion to Dismiss.

///

ORDER – 1

Accordingly, **IT IS HEREBY ORDERED**: The United States' Motion to Dismiss (ECF No. 44) is **DENIED** as **MOOT**.

The Clerk is directed to enter this Order and to provide copies to counsel.

Dated November 2, 1011.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 2